RANDALL T. KIM (Cal. Bar No. 196244)
CHRISTOPHER WIMMER (Cal. Bar. No. 263275)
BRUNE & RICHARD LLP
235 Montgomery Street, Suite 1130
San Francisco, California 94104
Telephone: (415) 563-0600
Facsimile:  (415) 563-0613
rkim@bruneandrichard.com
cwimmer@bruneandrichard.com

Attorneys for Defendants WELLS FARGO & COMPANY
AND WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| N.B. INDUSTRIES, INC., a California corporation, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> -against- <br><br> WELLS FARGO & COMPANY, a Delaware corporation; WELLS FARGO BANK, N.A., a national banking association; UNITED STATES PAN ASIAN AMERICAN CHAMBER OF COMMERCE, a District of Columbia nonprofit corporation; and UNITED STATES PAN ASIAN AMERICAN CHAMBER OF COMMERCE EDUCATION FOUNDATION, a District of Columbia nonprofit corporation, <br><br> Defendants. | No. 4:10-CV-03203-LB <br><br> **STIPULATED REQUEST TO CONTINUE INITIAL STATUS CONFERENCE** <br><br> **[Local Rule 6-2]** <br><br> Complaint Filed:  July 21, 2010 <br> Trial Date:           None |

Pursuant to Local Rule 6-2, plaintiff N.B. Industries, Inc. and defendants Wells Fargo & Company, Wells Fargo Bank, N.A. (together with Wells Fargo & Company, "Wells Fargo"), United States Pan Asian American Chamber of Commerce, and United States Pan Asian American Chamber of Commerce Education Foundation stipulate as follows:

1. The initial status conference in this matter is currently scheduled for November 4, 2010. (Declaration of Randall Kim ("Kim Decl."), submitted simultaneously herewith, at ¶ 1.)

2. Lead trial counsel for Wells Fargo is scheduled to be in trial in Los Angeles for approximately three weeks beginning November 1, 2010. (Kim Decl. ¶ 2.)

3. The parties jointly request that the Court reschedule the initial status conference for December 2, 2010 at 1:30 p.m. The Court's calendar clerk has informed counsel for Wells Fargo that the Court is available at this date and time. (Kim Decl. ¶ 3.)

4. The parties previously agreed by stipulation to extend the time for defendants to answer or otherwise respond to the complaint from August 17, 2010 to September 10, 2010. (Kim Decl. ¶ 4.)

5. The parties respectfully submit that this short continuance will not adversely affect the schedule in this matter. Discovery has not yet commenced, and oral argument on the motion to dismiss filed by defendants on September 10, 2010 is scheduled for October 21, 2010. (Kim Decl. ¶ 5.)

6. If this request is granted, the parties will submit their Rule 26(f) report and Case Management Statement by November 19, 2010. (Kim Decl. ¶ 6.)

DATED: September 28, 2010

BRUNE & RICHARD LLP

By: _____
RANDALL T. KIM
CHRISTOPHER WIMMER

Attorneys for Defendants WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.

| | |
|---|---|
| 1  DATED: September __, 2010 | MARION'S INN LLP |
| 2 | |
| 3 | By: _[signature]_____<br>THOMAS M. FREEMAN<br>KATHY DONG |
| 4 | |
| 5 | Attorneys for Defendants UNITED STATES PAN ASIAN AMERICAN CHAMBER OF COMMERCE and UNITED STATES PAN ASIAN AMERICAN CHAMBER OF COMMERCE EDUCATION FUND |
| 6 | |
| 7 | |
| 8  DATED: September __, 2010 | PAYNE & FEARS LLP |
| 9 | |
| 10 | By: _____<br>C. DARRYL CORDERO<br>PAUL D. HERBERT |
| 11 | |
| 12 | Attorneys for Plaintiff N.B. INDUSTRIES, INC. |
| 13 | |
| 14  PURSUANT TO STIPULATION, IT IS SO ORDERED | |
| 15 | |
| 16  DATED: September ___, 2010 | _____ |
| 17 | Hon. Laurel Beeler<br>United States Magistrate Judge |

BRUNE & RICHARD LLP
235 Montgomery Street, Suite 1130
San Francisco, CA 94104

| | | |
|---|---|---|
| 1 | DATED: September __, 2010 | MARION'S INN LLP |
| 2 | | |
| 3 | | By: _____ |
| | | THOMAS M. FREEMAN |
| 4 | | KATHY DONG |
| 5 | | Attorneys for Defendants UNITED STATES PAN ASIAN AMERICAN CHAMBER OF COMMERCE and UNITED STATES PAN ASIAN AMERICAN CHAMBER OF COMMERCE EDUCATION FUND |
| 6 | | |
| 7 | | |
| 8 | DATED: September 28, 2010 | PAYNE & FEARS LLP |
| 9 | | |
| 10 | | By: _____ |
| | | C. DARRYL CORDERO |
| 11 | | PAUL D. HERBERT |
| 12 | | Attorneys for Plaintiff N.B. INDUSTRIES, INC. |
| 13 | | |
| 14 | PURSUANT TO STIPULATION, IT IS SO ORDERED | |
| 15 | | IT IS SO ORDERED |
| 16 | DATED: September 30, 2010 | |
| 17 | | Hon. Laurel Beeler |
| | | United States Magistrate Judge |

BRUNE & RICHARD LLP
235 Montgomery Street, Suite 1130
San Francisco, CA 94104

---

STIPULATED REQUEST TO CONTINUE INITIAL STATUS CONFERENCE        No. 4:10-CV-03203-LB

2