# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**Magistrate Judge LAUREL BEELER**

Date: **October 21, 2010**

**C 10-3203 LB**

**N.B. Industries, Inc.  v Wells Fargo & Company, et al.**

| | |
|---|---|
| Plaintiff Attorney(s): | C. Darryl Cordero & Scott Z. Zimmermann |
| Defendant Attorney(s): | Randall Kim, Christopher Wimmer, Thomas M. Freeman & Kathy Dong |

Deputy Clerk: **LASHANDA SCOTT**       Time: 59 minutes
                                        Reporter: **Raynee Mercado**

**PROCEEDINGS:**                                **RULING:**

1. Defendants Joint Motion to Dismiss                 Matter Submitted
2. _____            _____

(  ) Status Conference     (  ) P/T Conference     (  ) Case Management Conference

**ORDERED AFTER HEARING:**
_____

( XX ) ORDER TO BE PREPARED BY:    Plntf_____    Deft_____    Court XX

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO_____    for _____

Discovery Cut-Off_____    Expert Discovery Cut-Off_____

Plntf to Name Experts by _____    Deft to Name Experts by_____

P/T Conference Date_____    Trial Date_____    Set for _____ days
                                    Type of Trial:  (  )Jury    (  )Court
Notes: _____
_____