1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| N.B. INDUSTRIES, INC. a California corporation, individually and on behalf of all others similarly situated,,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO & COMPANY, a Delaware corporation; WELLS FARGO BANK, N.A., a national banking association; UNITED STATES PAN ASIAN AMERICAN CHAMBER OF COMMERCE, a District of Columbia nonprofit corporation; and UNITED STATES PAN ASIAN AMERICAN CHAMBER OF COMMERCE EDUCATION FOUNDATION, a District of Columbia nonprofit corporation,<br><br>    Defendants. | CASE NO. 4:10-cv-03203 LB<br><br>**[PROPOSED] ORDER REGARDING PAYNE & FEARS LLP'S REQUEST TO WITHDRAW AS COUNSEL**<br><br>Courtroom:    4<br>Judge:           Hon. Laurel Beeler |

/ / /

/ / /

/ / /

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court has received and reviewed Payne & Fears LLP's notice and request to withdraw as counsel of record for Plaintiff N.B. Industries, Inc., in this matter. Because there have been no objections and Scott Z. Zimmermann remains as counsel for Plaintiff, this Court grants Payne & Fears LLP's request to withdraw as counsel.

Pursuant to Northern District Local Rule 11-5, this Court hereby orders that Payne & Fears LLP may withdraw as counsel of record for Plaintiff N.B. Industries, Inc. Scott Z. Zimmermann remains as counsel of record for Plaintiff, and all pleadings and correspondence should be directed to him at the LAW OFFICES OF SCOTT Z. ZIMMERMANN, 601 S. Figueroa Street, Suite 2610, Los Angeles, CA 90017; Telephone: (213) 452-6500; Facsimile: (213) 622-2171; E-Mail: szimm@zkcf.com.

**IT IS SO ORDERED.**

DATED: November 3, 2010



By:_____
HON. LAUREL BEELER
U.S. Magistrate Judge

4829-9389-6711.1